UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

　　　Plaintiff,

　　　v.

ORLANDO PEREIRA-RIVERA,

　　　Defendant.

Crim. No. 05-446 (JAF)

**O R D E R**

Regarding Docket Document No. 77, the court rules as follows:

(I)　Request for Order pursuant to Fed.R.Crim.P. 12(b)(3)(B) is **DENIED.**

(II) Request for Order pursuant to Fed.R.Crim.P. 7(d) is **DENIED.**

(III)　Request for Order pursuant to Fed.R.Crim.P. 12(b)(3)(C) is **DENIED WITHOUT PREJUDICE**; motion not properly supported.

(IV) Request for Order pursuant to Fed. R. Crim. P. 12(b)(3)(C) is **DENIED WITHOUT PREJUDICE**; motion not properly supported.

(V) Request for Order for pre-trial evidentiary hearing is **DENIED.**

(VI) Request for Order preserving Defendant's rights to request audibility hearing, etc., is **DENIED WITHOUT PREJUDICE.** Audibility is always an open issue, as long as the same is treated properly and not generally, prematurely or without support.

Criminal No. 05-20 (JAF)                                                -2-

(VII) Request for leave to file additional Fed.R.Crim.P. 12(b) motions is **GRANTED.**

(VIII) Request for leave to join motions of codefendants, etc., is **GRANTED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 17th day of May, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge