IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff

v.                                                              CRIMINAL 05-0446 (JAF)

[2] ORLANDO PEREIRA-RIVERA,

Defendant

O R D E R

The defendant is to be released under the following bail conditions: Report to the U.S. Pretrial Services Office as instructed. Cash or secured bond in the amount of $200,000.00. Surrender any passport to Pretrial Services, and obtain no passport. Reside at address to be disclosed to Pretrial Services. Avoid all contact with victims or potential witnesses . Undergo medical or psychiatric treatment as deemed necessary by Pretrial Services. Refrain from possessing a firearm, destructive device, or other dangerous weapons. Refrain from excessive use of alcohol. Refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Submit to any method of testing required by the U.S. Pretrial Services Office for determining whether the defendant is using a prohibited substance. Participate in a substance abuse program, if deemed necessary by the U.S. Pretrial Services Office. Refrain from obstructing or attempting to obstruct or tamper with substance testing or electronic monitoring. Participation in the electronic monitoring program, home detention modality. Report as soon as possible to Pretrial any contact with law enforcement personnel. The defendant shall not enter any airport or pier with the following exception:

EXCEPTION: The Chief U.S. Probation/Pretrial Services Officer or designee, may authorize temporary changes of address and overseas travel to the mainland U.S. only, not to exceed 15 calendar days,

CRIMINAL 05-0446 (JAF)                                    2

provided the U.S. Attorney has no objections to it.  If objected, request will have to be made in writing to the Court.

In San Juan, Puerto Rico, this 15th day of August, 2006.

S/José Antonio Fusté
JOSE A. FUSTÉ
Chief United States District Judge